UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE FIFTH STREET FINANCE CORP. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) ) ) ) | Lead Case No. 3:15-cv-01795-RNC<br><br>(Consolidated with No. 3:15-cv-01889-RNC) |
| This Document Relates To:<br><br>ALL ACTIONS. ) ) ) ) ) | August 1, 2016 |

### NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK

WHEREAS, on May 17, 2016, defendants moved to transfer the above-captioned actions to the United States District Court for the Southern District of New York under 28 U.S.C. § 1404(a); and

WHEREAS, on July 11, 2016, plaintiffs moved, on consent, for an extension of time until August 12, 2016 to respond to the transfer motion; and

WHEREAS plaintiffs explained in their consented-to motion that the parties in these actions and related actions have been discussing the prospects of resolving the various matters and have engaged in mediation discussions; and

WHEREAS the parties' discussions have continued and progressed since plaintiffs filed their consented-to motion; and

WHEREAS defendants are willing to withdraw their transfer motion at this time without prejudice, in order to facilitate the parties' discussions;

NOW, THEREFORE, defendants hereby give notice that they are withdrawing, without prejudice, their Motion, filed on May 17, 2016, for an order under 28 U.S.C § 1404(a) to transfer the above-captioned consolidated shareholder derivative actions to the United States District Court for the Southern District of New York (Dkt. Nos. 49–51).

| | |
|---|---|
| NOMINAL DEFENDANT FIFTH STREET FINANCE CORP. AND DEFENDANTS BRIAN S. DUNN, DOUGLAS F. RAY, RICHARD P. DUTKIEWICZ, BYRON J. HANEY, AND JAMES CASTRO-BLANCO | DEFENDANTS FIFTH STREET ASSET MANAGEMENT INC., LEONARD M. TANNENBAUM, BERNARD D. BERMAN, TODD G. OWENS, IVELIN M. DIMITROV, ALEXANDER C. FRANK, STEVEN M. NOREIKA, DAVID H. HARRISON, RICHARD A. PETROCELLI, AND FRANK C. MEYER |
| By: __/s/ David A. Ball_____ David A. Ball (ct 10154) Cohen and Wolf, P.C. 1115 Broad Street Bridgeport, CT 06604 Tel: (203) 337-4134 Fax: (203) 337-5534 Email: dball@cohenandwolf.com | By: __/s/ Andrew M. Zeitlin_____ Andrew M. Zeitlin (ct 21386) Shipman & Goodwin LLP 300 Atlantic Street, 3rd Floor Stamford, CT 06901-3522 Tel: (203) 324-8111 Fax: (203) 324-8199 Email: azeitlin@goodwin.com |
| and | and |
| Allen Burton O'Melveny & Myers LLP 7 Times Square New York, NY 10036 Tel: (212) 326-2282 Fax: (212) 326-2061 | Ralph C. Ferrara Ann M. Ashton Proskauer Rose LLP 1001 Pennsylvania Avenue, N.W., Suite 600 S Washington, D.C. 20004 Tel: (202) 416-6800 Fax: (202) 416-6899 |
| *Their Attorneys* | and |
| | Jonathan E. Richman Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299 Tel: (212) 969-3000 Fax: (212) 969-2900 Email: jerichman@proskauer.com |
| | *Their Attorneys* |

3

## CERTIFICATION

I hereby certify that on August 1, 2016, a copy of the above Notice of Withdrawal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                        /s/ Andrew M. Zeitlin

4967957v1