UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE FIFTH STREET FINANCE CORP. SHAREHOLDER DERIVATIVE LITIGATION ) ) ) ) | Lead Case No. 3:15-cv-01795-RNC<br><br>(Consolidated with No. 3:15-cv-01889) |
| This Document Relates To:<br><br>All Actions ) ) ) ) ) | |

## JUDGMENT

1. Consistent with the terms of the Approval Order[1] entered on _December 13_ 2016 (the "Order"), the settlement of this Federal Action on terms set forth in the Federal Settling Parties' July 26, 2016 Stipulation of Settlement, including all exhibits (collectively, the "Settlement Agreement"), is approved as fair, reasonable and adequate and consistent with and in compliance with all applicable requirements of the Federal Rules of Civil Procedure, the United States Constitution (including the Due Process Clause), the Rules of this Court, and any other applicable law, and in the best interests of Fifth Street Finance Corp. ("FSC") and its shareholders.

2. The Court finds no reason for delay in entering the Judgment as FSC and the Derivative Defendants in accordance with the terms of the Settlement Agreement and the Order.

3. The claims as to the Derivative Defendants are dismissed on the merits and with prejudice according to the terms of the Settlement Agreement (including the Release) and the Approval Order, without fees or costs to any party except as provided therein.

4. The Release set forth in Section VI of the Settlement Agreement and its relevant

---

[1] Capitalized terms not defined in this Judgment shall be defined as set out in the Stipulation of Settlement.

definitions are expressly incorporated herein in all respects and shall be deemed a part of this Judgment as if fully set forth herein.

5. The permanent injunctions and Complete Bar in the Order shall be effective as to all persons and entities identified in them as set out in the Order.

6. The Court has jurisdiction to enter this Judgment. Without in any way affecting the finality of this Judgment or the Order, and subject to the dispute-resolution provisions found at Section V.C of the Settlement Agreement, this Court expressly retains exclusive and continuing jurisdiction over the Settlement Agreement, the Settling Parties, all Securities Holders and all Releasees to adjudicate all issues relating to this Settlement Agreement, including, without limitation, any issues relating to this Judgment; *provided however*, that nothing in this paragraph 6 shall restrict the ability of the Settling Parties to exercise their rights under paragraph 15 of the Approval Order. Any action arising under or to enforce the Settlement Agreement, the Approval Order or this Judgment shall be commenced and maintained only in this Court.

7. JUDGMENT in this Federal Action is hereby entered with respect to FSC and the Derivative Defendants in accordance with Federal Rule of Civil Procedure 58. The Clerk of Court is respectfully directed to mark this case closed.

Entered this 13th day of December, 2016.

/s/ Robert N. Chatigny
The Honorable Robert N. Chatigny
United States District Judge